UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LUOLA M. HARIS**                                                                                         **PLAINTIFF**

VS.                                    CASE NO. 4:06CV01303 JMM

**FIRST FEDERAL SAVINGS OF ARKANSAS, et al**                              **DEFENDANTS**

## ORDER

Defendant Hartford Life Insurance Company's Motion to Strike Jury Demand (docket entry #4) is denied as moot. Plaintiff concedes that she is not entitled to a jury trial on her claim and has filed a Notice of Withdrawal of Jury Request (docket entry #10). The Clerk of the Court is directed to make the appropriate entry to the docket.

IT IS SO ORDERED THIS 2nd day of November, 2006.

James M. Moody
United States District Judge