IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LUOLA M. HARRIS                                                                    PLAINTIFF

v.                              Case No. 4-06-CV 1303 JMM

FIRST FEDERAL SAVINGS OF ARKANSAS,
REGIONS FINANCIAL CORPORATION and
HARTFORD LIFE INSURANCE COMPANY,                                 DEFENDANTS

## ORDER

Before the Court is the Motion for Admission *Pro Hac Vice* (Doc. No.13) of Defendant Regions Financial Corporation. For good cause shown, the motion will be, and it is hereby, GRANTED. Nancy L. Ober will be permitted to appear *pro hac vice* as attorney of record for Defendant Regions Financial Corporation in the above-styled matter.

IT IS SO ORDERED this ___6___ day of ___Nov___, 2006.

UNITED STATES DISTRICT JUDGE

*[signature]*

Firmwide:81643713.1 052011.1002

1